
# UNITED STATES BANKRUPTCY COURT

## IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re<br><br>SWTV PRODUCTION SERVICES, INC.,<br><br>HD PARTNERS, LLC,<br><br>      Debtors. | Chapter 11 Proceedings<br>(Joint Administration)<br><br>Case No. BR-03-09489-PHX-CGC<br><br>Case No. BR-05-00370-PHX-GBN |
| HD PARTNERS, LLC,<br><br>      Plaintiff,<br><br>v.<br><br>EQ ACQUISITIONS 2003, INC.,<br><br>      Defendant. | Adv. No. 05-00287<br><br><br>MEMORANDUM DECISION<br>RE: GREYSTONE CDT ASSOCIATES'<br>MOTION FOR RELIEF FROM ORDER |
| GREYSTONE CDT ASSOCIATES, LLC;<br><br>      Applicant for Intervention. | |

The Court has reviewed and considered Greystone CDT Associates, LLC's ("Greystone") Motion for Relief from Order Presented Ex Parte by EQ Acquisitions 2003, Inc., in which Greystone objects to the lodging by EQ Acquisitions 2003, Inc. ("EQ") of a form of order relating to this Court's earlier Under Advisement Decision Re: HD Partners' Motion for Summary Judgment and Greystone CDT Associates Motion to Intervene and the Court's subsequent entry of that Order on August 31, 2005. Greystone complains that EQ did not provide it with a copy of the form of order and an opportunity to review it before lodging it with the Court. And, further, that such an opportunity would have allowed Greystone to object prior to the Court's entry of the Order. The Court sustains Greystone's objections.

First, Greystone should have been provided with an opportunity to review the form of order and object before this Court's consideration. Second, the Order goes substantively beyond the scope of the Court's Under Advisement Decision.

For these reasons, this Court is entering an amended Order this same date complying with its August 18, 2005, Under Advisement Decision.

So ordered.

DATED: Sept 20, 2005

CHARLES G. CASE II
United States Bankruptcy Judge

COPY of the foregoing mailed and/or via facsimile this 20th day of September, 2005, to:

OFFICE OF THE U.S. TRUSTEE
P.O. Box 36170
Phoenix, Arizona 85067-6170

Philip G. Mitchell
Craig J. Bolton
Jennings, Haug & Cunningham, LLP
2800 N. Central Ave., Suite 1800
Phoenix, Arizona 85004-1049
Attorneys for Defendant EQ Acquisitions 2003, Inc.

Michael W. Carmel
Michael W. Carmel, Ltd.
80 E. Columbus Ave.
Phoenix, Arizona 85012
Attorneys for Azcar USA, Inc.

Adam Hiller Pepper Hamilton, LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, Delaware 19801
Attorneys for Azcar USA, Inc.

Edwin B. Stanley
Edwin B. Stanley, P.C.
2400 E. Arizona Biltmore Circle, Suite 1290
Phoenix, Arizona 85016
Attorneys for Plaintiff HD Partners, LLC

Hilary L. Barnes
Quarles Brady Streich Lang

- 2 -

| | |
|---|---|
| 1 | 2 N. Central Ave.<br>Phoenix, Arizona 85004-2391 |
| 2 | Attorneys for Greystone CDT Associates |
| 3 | K. Layne Morrill<br>Morrill & Aronson, PLC |
| 4 | 1 E. Camelback Rd., Suite 340<br>Phoenix, Arizona 85012-1648 |
| 5 | Attorneys for Greystone CDT Associates |
| 6 | Shelton L. Freeman<br>DeConcini, McDonald, Yetwin & Lacy, PC |
| 7 | 2025 N. 3rd Street, Suite 230<br>Phoenix, Arizona 85004-1472 |
| 8 | Attorneys for Debtor SWTV Production Services, Inc. |
| 9 | /s/ *illegible signature* |

- 3 -